# United States Court of Appeals
## For the First Circuit

No. 13-2222

GUY GIUFFRE,

Plaintiff, Appellant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY; HOMEWARD RESIDENTIAL, INC.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on July 17, 2014 is amended as follows:

On page 3, line 11, the word "mortgage" is changed to "mortgagee".

On page 5, line 25, the second "the" is deleted.